# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>                Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>STEVEN PALMATEER,  )<br>  )<br>                Defendant.  ) | 8:07CR19<br><br>ORDER |

A hearing was held on June 12, 2007 regarding the Motion to Withdraw [95] filed by Attorney Michael T. Levy. The court found that the attorney/client relationship was irretrievable broken and the court informed the defendant that Mr. Levy would be given leave to withdraw and substitute counsel would be appointed.

**IT IS ORDERED:**

1. The Motion to Withdraw [95] is granted, and the appearance of Michael T. Levy is hereby deemed withdrawn.

2. Pursuant to 18 U.S.C. §3006A(f), **Adam J. Sipple** is appointed as attorney of record for the above-named defendant and shall forthwith file a written appearance in this matter. Mr. Levy shall, forthwith, provide Mr. Sipple with the discovery materials provided the defendant by the government and such other materials obtained by counsel which are material to the defense of this case.

3. The Federal Public Defender's Office shall provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

4. This case is returned to the trial docket and is set for a jury trial before the Honorable Laurie Smith Camp, District Court Judge, to begin **Tuesday, June 26, 2007** at 9:00 a.m. in Courtroom No. 2, Third Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska; because this is a criminal case, defendant(s) must be present in person. Counsel will receive more specific information regarding the order of trial from Judge Smith Camp's staff.

**DATED June 13, 2007.**

BY THE COURT:

s/ F.A. Gassed
**United States Magistrate Judge**