UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR19 |
| | ) | |
| vs. | ) | **FINAL ORDER OF** |
| | ) | **FORFEITURE** |
| | ) | |
| STEVEN PALMATEER, and | ) | |
| MARIANO SICAROS-QUINTERO, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the United States' Motion for Final Order of Forfeiture (Filing No. 204). The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On November 14, 2007, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1) and 853, based upon the Defendants' pleas of guilty to Counts I, IV, V and VI of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendants' interest in $2,000.00, $1,900.00 and a 2005 Pontiac Grand AM, VIN 1G2NE52E45M142451, were forfeited to the United States.

2. On November 29, December 6 and 13, 2007, the United States published in a newspaper of general circulation notice of this forfeiture and of the intent of the United States to dispose of the properties in accordance with the law, and further notifying all third parties of their right to petition the Court within the stated period of time for a hearing to adjudicate the validity of their alleged legal interest(s) in said properties. An Affidavit of Publication was filed herein on January 11, 2008 (Filing No. 199).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

IT IS THEREFORE ORDERED:

A. The Plaintiff's Motion for Final Order of Forfeiture (Filing No. 204) is hereby sustained.

B. All right, title and interest in and to the $2,000.00, $1,900.00 and a 2005 Pontiac Grand AM, VIN 1G2NE52E45M142451, held by any person or entity, is hereby forever barred and foreclosed.

C. The $2,000.00, $1,900.00 and a 2005 Pontiac Grand AM, VIN 1G2NE52E45M142451, be, and the same hereby are, forfeited to the United States of America.

D. The United States Marshal for the District of Nebraska is directed to dispose of said properties in accordance with law.

DATED this 6th day of February, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge